# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>    Plaintiffs,<br><br>v.<br><br>VIOLA AMMONS,<br><br>    Defendant. | Case No. 3:06cv151-TSL-JCS |

## ORDER OF DISMISSAL

The Court having considered the Plaintiffs' Notice of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(i), and having considered the record in this case, and having found that Defendant has not timely filed any responsive pleading or motion in this case, hereby orders that this case should be and hereby is dismissed without prejudice.

SO ORDERED this the 22nd day of March, 2007.

            /s/ Tom S. Lee
            TOM S. LEE, DISTRICT JUDGE
            UNITED STATES DISTRICT COURT

PREPARED BY:
Heather White Martin (101601)
401 East Capitol Street, Suite 200
Jackson, Mississippi 39201
Telephone: (601) 965-8174
Facsimile: (866) 883-6419

56020.1